FILED

APR - 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. **1 :26 CR 0 0 1 5 4** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| DUSTIN YOUNG, | ) | Sections 922(g)(1) |
| | ) | and 924(a)(8); Title 21, United |
| | ) | States Code, Sections 841(a)(1) |
| Defendant. | ) | and (b)(1)(C) |

JUDGE ADAMS

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1.      On or about January 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant DUSTIN YOUNG did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2.      On or about January 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant DUSTIN YOUNG did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

1

## COUNT 3
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about January 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant DUSTIN YOUNG did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances, Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Counts 1 and 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))
The Grand Jury further charges:

4. On or about January 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant DUSTIN YOUNG, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault and Unlawful Discharge of a Firearm into a Habitation, on or about December 29, 2014, in case number 12CR086378, in Lorain County Common Pleas Court; and Attempted Felonious Assault and Domestic Violence, on or about January 12, 2023, in case number 21CR105001, in Lorain County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms, to wit: a Sarsilmaz, model B6C, 9mm caliber pistol, bearing serial number T1102-17G01084, a Mossberg, .22 caliber rifle, a Bushmaster, model XM15-E2S, .223/5.56 caliber rifle, bearing serial number LBM17553, a Ruger, model American, .45 caliber pistol, bearing serial number 861-42917, and a Masterpiece Arms, model MPA Defender, 9mm caliber pistol,

2

bearing serial number FX08280, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegations in Counts 3 and 4 are incorporated herein by reference. As a result of the foregoing offense, Defendant DUSTIN YOUNG shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 3 and 4, including, but not limited to:

a. a Sarsilmaz, model B6C, 9mm caliber pistol, bearing serial number T1102-17G01084;

b. a Mossberg, .22 caliber rifle;

c. a Bushmaster, model XM15-E2S, .223/5.56 caliber rifle, bearing serial number LBM17553;

d. a Ruger, model American, .45 caliber pistol, bearing serial number 861-42917; and

e. a Masterpiece Arms, model MPA Defender, 9mm caliber pistol, bearing serial number FX08280

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.