**MINUTES OF CRIMINAL PROCEEDINGS**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

UNITED STATES OF AMERICA

vs.

Dustin Young,

Date: September 29, 2026
Case No. 1:25CR154
Judge: John R. Adams
Court Reporter: Lori Callahan
Prob Officer: Jessica Kohut

U.S. Attorney: Scott Zarzycki
Attorney for Defendant(s): Wesley Dumas

---

**Sentencing:**

Defendant is committed to the custody of the Bureau of Prisons for an aggregate term of 327 months as to Count 1, 2, 3, and 4 of the Indictment. Credit for time served.

Probation ordered for a period of years as to with standard/special conditions.

Supervised release for a term of 10 years as to Count 1, 2, 3, and 4 with standard and special conditions.

Fine: N/A

Restitution: N/A

The Defendant is to pay a special assessment of $400.00 as to Count 1, .

The defendant was advised of his appellate rights.

Forfeiture.

Comments: Returned to custody.

Total Time: 50 Mins.

s/Kelby Crawford_
Courtroom Deputy Clerk